**MERCANTILE TRUST CO. N.A., Thaddeus F. Flood and Mary Louise Wohlschlaeger, Trustees of the Ilona Flood Trust, and Fortune Properties Corporation, a Mo. Corp., Plaintiffs-Appellants,**

v.

**CITY OF SUNSET HILLS, Mo., a Municipal Corporation, Defendant-Respondent.**

**No. 46908.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 3, 1984.

Robert J. Koster, St. Louis, for plaintiffs-appellants.

Robert C. Jones, Steven W. Koslovsky, Clayton, for defendant-respondent.

**502**

## ORDER

PER CURIAM:

This is a direct appeal from a circuit court judgment which affirmed a prior decision, by a municipality, denying a request for the rezoning of property.

Judgment affirmed. Rule 84.16(b).